UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>JOSE MARIO MEDRANO,<br><br>Movant. | No. 2:11-cr-0134 JAM KJN P<br><br><br><br>ORDER |

It appearing that appointment of counsel for movant may be appropriate, IT IS HEREBY ORDERED that:

    1. The Federal Defender or a representative shall contact the Clerk's Office to make arrangements for copies of documents not contained in the court's electronic record;

    2. The Federal Defender shall advise whether movant qualifies for appointment of counsel and shall recommend counsel to the court;

    3. If counsel is appointed, oral argument will be set at the time of appointment; and

    4. The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention: Habeas Appointment.

Dated: November 17, 2016

/medr0134.210a

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE