UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent,<br><br>　　v.<br><br>JOSE MARIO MEDRANO,<br><br>　　　　　Movant. | No. 2:11-cr-0134 JAM KJN P<br><br><br>ORDER |

Movant is a federal prisoner, proceeding pro se and in forma pauperis, with a motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Because it appears that appointment of counsel for movant is appropriate, IT IS HEREBY ORDERED that:

　　1. The Federal Defender or a representative shall contact the Clerk's Office to make arrangements for copies of documents not contained in the court's electronic record;

　　2. The Federal Defender is appointed to represent movant; and

////

////

////

1

3. The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention: Habeas Appointment.

Dated: November 22, 2016

/medr0134.210.appt

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE