PHILLIP A. TALBERT
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0134 JAM KJN |
|---|---|
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME |
| v. | |
| JOSE MARIO MEDRANO, | |
| Defendant. | |

On January 23, 2017, plaintiff filed an amended request for an extension of time to respond to defendant's § 2255 motion. Good cause appearing, IT IS HEREBY ORDERED that:

1. The request for extension (ECF No. 300) is granted; and

2. Plaintiff shall respond to defendant's § 2255 motion on or before April 24, 2017.

Dated: January 24, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/medr0134.eot