PHILLIP A. TALBERT
United States Attorney
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: 916-554-2700
Facsimile: 916-554-2900

Attorneys for Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00134 JAM-KJN |
|---|---|
| Plaintiff/Respondent, | STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT'S SECTION 2255 PETITION |
| v. | |
| JOSE MARIO MEDRANO, | |
| Defendant/Movant. | |

Respondent United States of America, by and through its attorneys of record, Phillip A. Talbert, United States Attorney, and Amy Schuller Hitchcock, Assistant United States Attorney, hereby requests a 90-day extension of time until July 24, 2017, in which to file its answering brief to defendant Jose Mario Medrano's section 2255 petition.

Counsel for the Government needs additional time to complete its research and to write its opposition.

Michael Bigelow, counsel for defendant, does not oppose the Government's request.

///
///
///
///
///

Dated: April 13, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ *AMY SCHULLER HITCHCOCK*
AMY SCHULLER HITCHCOCK
Assistant United States Attorney

Dated: April 13, 2017

/s/ *MICHAEL BIGELOW*
MICHAEL BIGELOW
Attorney for Jose Medrano

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the Government's answering brief to defendant's section 2255 petition is now due July 24, 2017.

Dated: April 17, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/medr0134.eot2

STIPULATION FOR EXTENSION OF TIME TO RESPOND