UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-0134 JAM KJN P |
| Respondent, | |
| v. | ORDER |
| JOSE MARIO MEDRANO, | |
| Movant. | |

Movant is a federal prisoner, proceeding through counsel, with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On August 17, 2017, movant filed a pro se document entitled "motion for discovery. . ." in which he claims he was never provided a civil action number nor a response from the government or his appointed § 2255 counsel. (ECF No. 319.) Movant is now represented by counsel and shall not file pro se filings in this action. Rather, movant must communicate through his attorney. Movant is cautioned that any further pro se filings will be placed in the court file and disregarded.

In any event, the record reflects that the § 2255 motion was provided a civil case number, for statistical purposes only, and the government filed an opposition to the § 2255 motion on July 24, 2017. On August 16, 2017, movant's counsel received an extension of time, up to and including September 22, 2017, in which to file his traverse.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's motion for discovery (ECF No. 319) is denied; and

2. Movant shall file no further pro se filings in this action.

Dated: September 5, 2017

_KENDALL J. NEWMAN_
UNITED STATES MAGISTRATE JUDGE

/medr0134.den