**MICHAEL B. BIGELOW**
Attorney at Law   SBN 65211
331 J Street, Suite 200
Sacramento, CA 95814
(916) 443-0217
LawOffice.mbigelow@gmail.com

Attorney for Jose Medrano

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 11—CR-00134 |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATED REQUEST AND |
| v. | ) ORDER FOR EXTENSION OF TIME |
| | ) TO FILE TRAVERSE |
| JOSE MEDRANO, | ) |
| | ) |
| Defendant. | ) |

By this Court's previous order Movant's Traverse is due on or before September 22, 2017. By this stipulation for an extension of time undersigned is requesting that the Traverse in this matter be filed on or before November 23, 2017 for the reasons which follow.

The issues are somewhat complicated and undersigned is diligently working on them. Undersigned has also, in the past 60 days worked on the opening briefs in the matters of  the United States v. Vallejo, United States v. Souvandara and a Section 2255 Motion in the matter of the United States v. Cooks.

Counsel for the government has graciously agreed to this request.

Movant is in custody serving his sentence.

Dated: September 15, 2017　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Michael Bigelow
　　　　　　　　　　　　　　　　　　MICHAEL BIGELOW
　　　　　　　　　　　　　　　　　　Attorney for Movant

**It Is So Stipulated**

Dated: September 15, 2017　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Michael Bigelow
　　　　　　　　　　　　　　　　　　MICHAEL BIGELOW
　　　　　　　　　　　　　　　　　　Attorney for Movant

Dated: September 15, 2017　　　　　　/s/Amy Hitchcock
　　　　　　　　　　　　　　　　　　AMY HITCHCOCK
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**ORDER**

**Accordingly, IT IS HEREBY ORDERED that:**

**1.　The stipulated request (ECF No. 322) is granted; and**

**2.　The traverse shall be filed on or before November 23, 2017.**

**Dated:　September 20, 2017**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/medr0134.ext