**MICHAEL B. BIGELOW**
Attorney at Law  SBN 65211
331 J Street, Suite 200
Sacramento, CA 95814
(916) 443-0217
LawOffice.mbigelow@gmail.com

Attorney for Jose Medrano

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:11-cr-0134 JAM KJN |
| Plaintiff, | ) |
| v. | ) REQUEST AND ) ORDER FOR EXTENSION OF TIME ) TO FILE TRAVERSE |
| JOSE MEDRANO, | ) |
| Defendant. | ) |

By this Court's previous order Movant's Traverse is due on or before November 23, 2017. By this stipulation for an extension of time undersigned is requesting that the Traverse in this matter be filed on or before January 22, 2018 for the reasons which follow.

The case file, the court documents and the transcripts have all been reviewed. However, the issues are somewhat complicated and undersigned is diligently working on them and has been doing so for the past 60 days. Undersigned has also, in the past 60 days worked on the reply brief in the matters of the United States v. Vallejo, and the People v Olsem. In addition, I have been working on a motion to lift the stay pending exhaustion state claims and the related amended petition for habeas corpus following hearing in state court in the matter of Jackson v. Warden.

-1-

It is anticipated that no additional time will be required.

Movant is in custody serving his sentence.

Counsel for the government has graciously agreed to this request.

Dated: November 20, 2017          Respectfully submitted,

/s/ Michael Bigelow
MICHAEL BIGELOW
Attorney for Movant

**It Is So Stipulated**

Dated: November 20, 2017          Respectfully submitted,

/s/ Michael Bigelow
MICHAEL BIGELOW
Attorney for Movant

Dated: November 20, 2017          /s/Amy Hitchcock
AMY HITCHCOCK
Assistant United States Attorney

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that:

1. Movant's third request for extension is granted; and

2. Movant shall file a traverse on or before January 22, 2018. No further extensions of time will be granted.

Dated: November 27, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/medr0134.eot3