UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Respondent,<br><br>  v.<br><br>JOSE MEDRANO,<br><br>  Movant. | No. 2:11-cr-0134 JAM KJN P<br><br>ORDER |

On February 1, 2019, the undersigned issued findings and recommendations. On February 21, 2019, movant's counsel filed a request for extension of time to file objections, *nunc pro tunc*, until March 14, 2019, due to movant's counsel's excusable neglect. Counsel for respondent was out on extended leave and could not be reached. (ECF No. 339 at 2.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. The request for an extension of time (ECF No. 339) is granted, *nunc pro tunc*; and

2. Movant may file objections on or before March 14, 2019.

Dated: February 26, 2019

/medr0134.236

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1