PHILLIP A. TALBERT
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MARIO MEDRANO,<br><br>Defendant. | CASE NO. 2:11-CR-00134-WBS-KJN<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |

     On May 8, 2023, the Government requested an extension of time to July 6, 2023, to file its response to the defendant's motion pursuant to 18 U.S.C. § 3582.  Docket No. 354.

     IT IS HEREBY ORDERED that the Government's request for an extension is granted.  The Government's response is now due July 6, 2023.   Defendant may file a reply no later than twenty-one (21) days from the date of the filing of the United States' opposition. After briefing is complete, the court will take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

Dated:  May 9, 2023

                                                    *[signature]*
                                                    WILLIAM B. SHUBB
                                                    UNITED STATES DISTRICT JUDGE