PHILLIP A. TALBERT
United States Attorney
MICHAEL BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00134-WBS-KJN |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| JOSE MARIO MEDRANO, | |
| Defendant. | |

On July 7, 2023, the Government requested an extension of time to file its response to Defendant's motion pursuant to 18 U.S.C. § 3582 (Docket No. 354).

IT IS HEREBY ORDERED the Government's request until August 3, 2023, to file its response is granted. Defendant may file a reply no later than twenty-one (21) days from the date of the filing of the United States' opposition. After briefing is complete, the court will take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

Dated: July 7, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1