AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:11-cr-00134-WBS-KJN   Document 377   Filed 06/10/24   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

United States of America  
v.  )  
   )  Case No: 2:11CR00134-08 WBS  
**JOSE MARIO MEDRANO**  )  
   )  USM No: 65571-097  
Date of Original Judgment:  4/8/2014  )  
Date of Previous Amended Judgment:       )  David Porter, AFD  
*(Use Date of Last Amended Judgment if Any)*     *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
### PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **262 as to Ct. 1 and 48 months as to Ct. 6, to run concurrently for a total term of 262** months **is reduced to** **235 as to Ct. 1 and 48 months as to Ct. 6, to run concurrently for a total term of 235 months**.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  4/11/2014  shall remain in effect.

**IT IS SO ORDERED**.

Dated: June 10, 2024

*/s/ William B. Shubb*  
**WILLIAM B. SHUBB**  
**UNITED STATES DISTRICT JUDGE**